**WO**

In the United States District Court

For the District of Arizona

| | |
|---|---|
| Park and Company Marketing Communications, Inc., Aka Park & Co, an Arizona Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Godec, Randall & Associates, Inc., an Arizona Corporation,<br><br>　　　　　　　Defendant. | Case No. CV 07-1788-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Stipulation for Substitution of Counsel (Doc. 6) for Plaintiffs wherein they *notify* the Court that "the firm of Roshka, DeWulf & Patten, PLC, by and through John E. DeWulf and Darlene M. Wauro, be and are substituted in place and stead of Andrew Abraham and Ralph D. Harris of the firm of Burch & Cracchiolo, P.A., as attorneys for Plaintiff Park and Company Marketing Communications, Inc., aka Park&Co., an Arizona corporation."

However, according to the Local Rules of the United States District Court for the District of Arizona,

> (b) **Withdrawal and Substitution**. No attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence and last known telephone number of the client, as follows:
> (1) Where such application bears the written approval of the client, it shall be accompanied by a proposed written order and may be presented to the Court *ex parte*. The withdrawing attorney shall give prompt notice of the entry of

such order, together with the name, last known residence and last known telephone number of the client, to all other parties or their attorneys.
(2) Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions, or (B) the client cannot be located or for whatever other reason cannot be notified of the pendency of the motion and the status of the case.  LRCiv 83.3(b)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file the appropriate documents with the Court pursuant to LRCiv 83.3(b) to request an Order ensuring that Andrew Abraham and Ralph D. Harris of the firm of Burch & Cracchiolo, P.A., are properly withdrawn and the firm of Roshka, DeWulf & Patten, PLC, by and through John E. DeWulf and Darlene M. Wauro, are properly substituted as new counsel.

DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge