**WO**

In the United States District Court

For the District of Arizona

| | |
|---|---|
| Park and Company Marketing Communications, Inc., Aka Park & Co, an Arizona Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Godec, Randall & Associates, Inc., an Arizona Corporation,<br><br>    Defendant. | Case No. CV 07-1788-PHX-SMM<br><br>**ORDER** |

Pending before the Court is an Amended Stipulation for Substitution of Counsel (Doc.13) and consent thereto signed by Plaintiff. Good cause appearing therefor,

**IT IS HEREBY ORDERED** approving and confirming the withdrawal of Andrew Abraham and Ralph D. Harris of the firm of Burch & Cracchiolo, P.A., as counsel of record for Plaintiff, Park and Company Marketing Communications, Inc., Aka Park & Co, an Arizona Corporation.

**IT IS FURTHER ORDERED** that the law firm of Roshka, DeWulf & Patten, PLC, by and through John E. DeWulf and Darlene M. Wauro, be substituted as counsel of record for Plaintiff, Park and Company Marketing Communications, Inc., Aka Park & Co, an Arizona Corporation.

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge