**WO**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Park and Company Marketing Communications, Inc., aka Park & Co, an Arizona Corporation,<br><br>        Plaintiff/Counterdefendant,<br><br>vs.<br><br>Godec, Randall & Associates, Inc., an Arizona corporation,<br><br>        Defendant/Counterclaimant | Case No. CV07-01788-PHX-SMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties (Doc. 23), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing all claims that were asserted or could have been asserted in the above-entitled action, with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case in its entirety.

DATED this 16th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge